**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES--GENERAL**

Case No. **5:26-cv-04260-KK-DTB** Date: **September 23, 2026**

Title: **Marco Antonio Avila v. Ricolcol, Warden**

===========================================================

**DOCKET ENTRY**

===========================================================

PRESENT:

**HON. DAVID T. BRISTOW, MAGISTRATE JUDGE**

| | |
|---|---|
| Rebecca Camacho | n/a |
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PETITIONER: None present

ATTORNEYS PRESENT FOR RESPONDENT: None present

**PROCEEDINGS: (IN CHAMBERS) ORDER TO SHOW CAUSE**

On July 24, 2026, petitioner Marco Antonio Avila ("Petitioner") filed a Petition for Writ of Habeas Corpus by a Person in Federal Custody pursuant to 28 U.S.C. § 2241. (Docket No. 1). Upon the submission of the Petition, it was noted that Petitioner did not pay the appropriate filing fee of $5.00. On August 3, 2026, the Court issued a Notice re: Discrepancies in Filing of Habeas Corpus Petition ("Notice") which informed Petitioner that if he was unable to pay the entire filing fee, he must sign and complete this Court's Request to Proceed without Prepayment of Filing Fees with Declaration in Support (Form CV-60P) in its entirety. (Docket No. 2). The Court provided the Court's current Request to Proceed without Prepayment of Filing Fees with Declaration in Support, which included a Certificate of Authorized Funds form. (Id.). Petitioner was advised to correctly complete the forms and/or submit payment. (Id.).

Petitioner was further advised that he may return the fee waiver and/or payment to any of the Courthouses listed on the Notice and that if he did not respond within 30 days of the date of the Notice, this action may be dismissed. (Id.).

As of this date, Petitioner has not paid his $5.00 filing fee, nor has he submitted this Court's Request to Proceed without Prepayment of Filing Fees with Declaration in Support. As such, Petitioner is ORDERED TO SHOW CAUSE on or before **October 16, 2026**, as to why this action should not be dismissed.

The payment of the $5.00 filing fee or the filing of this Court's Request to Proceed without Prepayment of Filing Fees with Declaration in Support will discharge this Order to Show Cause.

**IT IS SO ORDERED**.